E-FILED
Monday, 30 January, 2023 03:29:36 PM
Clerk, U.S. District Court, ILCD

The United States District Court
For The central District of Illinois

FILED
JAN 27 2023
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Leonardo Mccray )
pro se )
)
)
-V- )
)

Cody Water Kotte (Internal Affairs) 17019 county farm RD Rushville IL 62681
Dr. Shane Jumper (Clinical Director) 17019 county farm RD Rushville IL 62681
Gerald carreon (Therapist) 17019 county farm RD Rushville IL 62681
Curtis parson (STA IV) 17019 county farm RD Rushville IL 62681
Andrea cobb (STA IV) 17019 county farm RD Rushville IL 62681
Karen smith (STA IV) 17019 county farm RD Rushville IL 62681
Angela Hoyt (Therapist) 17019 County farm RD Rushville IL 62681

# Motion For 1983 Civil Rights Complaint

NOW comes, Leonardo Mccray, pro se, respectfully bringing a 1983 civil rights complaint pursuant to 42 U.S.C. 1983 for the reasons as follows:

## Statement of Claim

on 1-8-23 at approximately 4:12 PM, Leonardo Mccray was involved in a physical altercation with another resident on charlie one. Mr. Mccray and this othe resident was seperated, Mr. Mccray was put in his cell on charlie unit and the other resident was taken to health care to be checked out. Mr. Mccray called STA IV Karen Smith requesting to be seen by medical, Karen Smith vehemently denied Mr. Mccray request, responding the following phrase" stop being a little bitch". Mr. Mccray remained without medical attention that night. on 1-9-23, at approximately 8:30am STA I M. Jackson came to charlie unit to take Mr. Mccray to see internal affairs to speak about the physical altercation

that occurred the previous evinig. upon Mr. Mccray arrival, internal affairs, Mr. cody water kotte, begin to read Mr. Mccray his miranda rights. Confused by this, Mr. Mccray asked Mr. water kotte if he was under arrest. Mr. cody water kotte said yes. Mr. Mccray asked under whose authorization. Mr. water kotte said "I don't need authorization to arrest you, im internal affairs." Mr. Mccray said "yes internal affairs, your job is to investigate, you have no power to read a person their miranda rights, let alone make an arrest." Mr. water kotte than had Mr. Mccray sign the miranda warning. Mr. Mccray was then walked to health care unit to be assessed, then he was taken to another housing unit on fox. At approximately 9:40 am STA zz ward brought Mr. Mccray a 24 hr notice to appear before the behavior committe (see exhibit A) The potential rule violation were (fighting or Intimidation or threats, or Insolence, or violation of rules) (see exhibit A) on 1-10-23 at approximately 10:40 AM, Mr. Mccray was taken to the behavior committee, where Dr. shane Jumper, Gerald carreon, Curtis passen and cody water kotte was there. Mr. Mccray was then read his miranda rights where he refused to talk and asked for an attorney. The other resident that was involved in the physical altercation was sent back to his unit with a norule violation, and a decision in Mr. Mccray case was not made following the statement "Decision deffered. maintain on special management pending resolution of potential criminal charges" (see exhibit B) on 1-17-23 Mr. Mccray refused to see the behavior committee because he has yet to speake to an attorney like he requested. on 1-19-23 Mr. Mccray refuse to see the committee again because he has not spoken with an attorney. when Mr. Mccray recieved his summary report from the behavior committee, he noticed they found him guilty of a battery which was never part of the charges on the 24 hr notice and a decision was made with out the opportunity to share his side of the event. The parties were Angela Hoyt, Andrea cobb, and Dr. shane Jumper. (see exhibit C)

Mr. Mccray remains on special management, which means locked in a cell, and not one states attorney agreed to file criminal charges.

Relief Request

I am requesting 50,000 dollars and anything the court deem necesarry.

Jury Demand: Yes

Signed this 24th day of January 2023

[signature]

Leonardo Mccray (916363)
17019 County Farm RD
Rushville IL 62681



4:23-cv-04015-JES # 1 Filed: 01/27/23 Page 5 of 12

State of Illinois
Department of Human Services

# NOTICE OF APPEARANCE BEFORE THE BEHAVIOR COMMITTEE

**(Potential Major Violation)**

**Resident's Name:** McCray, Leonardo **Resident's DHS#:** 916363

**Date, Time and Location of Incident:** On 1/8/23 at approximately 4:12 pm on Charlie.

**Potential Rule Violation to be Reviewed by Behavior Committee*:**

Fighting or Intimidation or Threats or Insolence or Violation of Rules

**Nature of Incident/Resident Conduct:**

On the above date and approximate time. Resident Leonardo McCray was placed on Temp after being involved in a physical altercation with another resident.

Witness(es) identified: ______________________

This Notice is to inform you that the Behavior committee will be meeting to review the incident mentioned above. This meeting is scheduled to occur on 1/10/2023 or later, at approximately 10:30 a.m. or later.

You will be contacted by Security Staff during this timeframe. You will be asked if you wish to appear before the Behavior Committee. Your attendance at the Behavior Committee Meeting is optional. However, if you are on Special Management Status, the Behavior Committee needs to see you in person to see if you are safe to come off of this status. If you do not attend the Behavior Committee Meeting while on Special Management, your time on Special Management may be extended. If you do plan to attend, please be prepared when called. You may present written documentation (i.e., your own account of the incident, witness statements, etc.) and discuss the circumstances surrounding this incident.

**Request witnesses interviews:** You may identify witnesses to be interviewed by the DHS Security Staff regarding the incident under review. If you want to do this, you must complete the attached form (IL462-5514) and return it to a **STA II** or **STA IV** within 24 hours of receiving this Notice. Please indicate the name of the witness, the location of the witness at the time of the incident and what specified information you expect this witness to be able to provide to the Behavior Committee regarding this specific incident. Please note: If you file the written request for witnesses to be interviewed, your appearance before the Behavior Committee may be delayed up tot (4) business days.

If the Behavior Committee finds that a resident has violated a rule, the Behavior Committee shall: determine the appropriate management status, make appropriate treatment recommendations, impose behavioral restrictions, or any combination thereof.

My signature below indicates that I have received notification of my scheduled appearance before the Behavior Committee.

______________________ ______________________
Resident Signature Date

______________________ ______________________
Staff Signature Date

Time Resident Notified: __________

Resident Received Witness List: **YES** ☐ **NO** ☐ Staff Initials: _____

**Additional information may become available during the course of these proceedings that could modify the wording of any specific rule violation. Rev. 10/12*

*IL462-5512 (R-03-16) Notice of Appearance Before the Behavior Committee (Potential Major Violation)*
*Printed by Authority of the State of Illinois – 0 - Copies*

State of Illinois
Department of Human Services

**BEHAVIOR COMMITTEE MEETING INITIAL**

**Behavior History over the Past Six Months:**

12-29-22 Minor VOR; 11-3-22 Remove from Temp, restart 30 day close, Gneral status 12/3; 11-1-22 Major- Sexual Misconduct, remain on Special, review 11/3; 10-18-22 Major-Sexual Misconduct, remove from Temp, 30 day close, restart General 11/17/22; 8-18-22 Major violation Sexual Misconduct - 30 days of close status - this decision includes multiple instances of inappropriate behavior and verbal comments, however due to resident being on covid isolation status which created a time delay, all incidents were combined into one BC referral. Restart General status on 9/17/22.8-3-22 Isolation, not seen

**Determination of Rule Violation:** ☐ No Violation ☐ Warning: Click or tap here to enter text.

☐ Minor Violation: Click or tap here to enter text. ☐ Major Violation: Click or tap here to enter text.

**Information Relied on in Reaching a Decision:**

☒ Incident Report(s)
☒ Resident account
☐ Witness account(s)/interview(s)
☐ Review of security video footage
☐ Other: Click here to enter text.

**Treatment Recommendation (if none, explain):**

Regular contact with treatment team

**Behavior Committee Decision:**

Decision deferred. Maintain on special management pending resolution of potential criminal charges.

**Black Box Recommendation:**

Not applicable to this incident

**COMMITTEE MEMBER:**

| PRINT NAME: | SIGNATURE: | TITLE: |
| --- | --- | --- |
| S. Jumper | [signature] Ph.D. | Clinical Director |
| G. Carreon | [signature] MA, LMFT | Team Leader |
| C. Parsons | [signature] | STA IV |

**NAME:** McCray, Leonardo **DATE OF REVIEW:** 1/12/2023 ☐ NA

cc: Master File, Primary Therapist, Team Leader, Facility Director, Clinical Director, Associate Clinical Director, Security Director, Unit Director, Rehabilitation Director, Resident, AOD, Secure Management Logs, Writ Coordinator *REV. 10/12*



State of Illinois
Department of Human Services

**BEHAVIOR COMMITTEE MEETING INITIAL**

**NAME:** McCray, Leonardo **DHS#:** 916363 **DATE OF INITIAL MEETING:** 1/10/2023
**DATE OF ADMISSION:** 7/24/15 **RESIDENT MANAGEMENT STATUS:** General **Temp**
**PRIMARY THERAPIST:** Davis **TEAM:** Green

**DATE, TIME AND LOCATION OF INCIDENT:** On 1/8/23 at approximately 4:12 pm on Charlie.

**SUMMARY OF INCIDENT:** On the above date and approximate time. Resident Leonardo McCray was placed on Temp after being involved in a physical altercation with another resident.

**Resident Addressed Behavior Committee:** ☒ Yes ☐ No
**Resident received 24 hour notification:** ☒ Yes ☐ No **Resident waived 24 hour notification:** ☐
**If neither, explain:** Click or tap here to enter text.

**Summary of Resident Comments & Demeanor:**

Resident indicated that he is aware that Miranda rights read to him the other day are still in place and these rights were again read to him and he indicated he understood and then stated when asked that he did not want to speak with us without his attorney. Resident asked what kind of charges would be relevant in this case and was told that details of the investigation would not be discussed with him.

**Witness Appearance/comments:** ☐ Yes Click or tap here to enter text.
☒ No – Reason: ☐ Minor Violation ☐ Lacks personal knowledge ☐ Information cumulative or not relevant
☒ None Requested ☐ Other: Click or tap here to enter text.



State of Illinois
Department of Human Services

**Behavior Committee Meeting Review**

**Behavior History over the past six months:**

1-10-23 Decision Deferred. Maintain on Special management pending resolution of potential criminal charges, review on 1/12; 12-29-22 Minor VOR; 11-3-22 Remove from Temp, restart 30 day close, General status 12/3; 11-1-22 Major- Sexual Misconduct, remain on Special, review 11/3; 10-18-22 Major-Sexual Misconduct, remove from Temp, 30 day close, restart General 11/17/22; 8-18-22 Major violation Sexual Misconduct - 30 days of close status - this decision includes multiple instances of inappropriate behavior and verbal comments, however due to resident being on covid isolation status which created a time delay, all incidents were combined into one BC referral. Restart General status on 9/17/22.8-3-22 Isolation, not seen

**Treatment Recommendation (if none, explain):**

Regular contact with treatment team

**Behavior Committee Decision:**

Decision deferred. Maintain on special management pending resolution of potential criminal charges.

**Black Box Recommendation:**

Not applicable to this incident

**Committee Member:**

| Print Name: | Signature: | Title: |
|---|---|---|
| S. Jumper | [signature] Ph.D. | Clinical Director |
| L. Wagner | [signature] | Team Leader |
| A. Cobb | [signature] 23 | STA IV |

**Name:** McCray, Leonardo **Date of next review:** 1/19/2023 ☐ NA

cc: Master File, Primary Therapist, Team Leader, Program Director, Clinical Director, Associate Clinical Director, Security Director, Unit Director, Rehabilitation Director, Resident, AOD, Secure Management Logs, Writ Coordinator *REV. 10/12*



State of Illinois
Department of Human Services

**Behavior Committee Meeting Review**

**Name:** McCray, Leonardo **DHS#:** 916363 **Date of Review:** 1/17/2023

**Date Of Admission:** 7/24/15 **Resident Management Status:** Special Management/ General

**Primary Therapist:** Davis **Team:** Green

**Potential Rule Violation:** ☒ Fighting or Intimidation or Threats or Insolence or Violation of Rules

**Rule Violation:** ☐ Click or tap here to enter text.

**Date, Time and Location Of Incident:** On 1/8/23 at approximately 4:12 pm on Charlie.

**Description Of Behavior Or Other Relevant Circumstances Since Last Meeting:**

No new incident reports since last review

**Resident Addressed Behavior Committee:** ☐ Yes ☒ No **(If no, explain):** Click or tap here to enter text.

**Summary of Resident Comments:**

Resident declined to appear

State of Illinois
Department of Human Services

**Behavior Committee Meeting Review**

**Behavior History over the past six months:**

1-17-23 Defer Decision pending additional investigation. Maintain on Special Management; 1/12/23 Major-Sexual Misconduct, drop to close for 7 days. Video footage and staff reports do not support resident's assertion of urgent need to urinate; 1-10-23 Decision Deferred; 11-1-22 Major- Disruptive Conduct, remove from Special Management, restart 30 day close; 10-13-22 Major-Sexual Misconduct, remove from special, 30 day close, restart Gen 11/12/22, plus 90-day restriction from religious services once close time concludes, 11/12/22-2/10/23; 10-11-22 Defer decisions & maintain on special management review 10/13; 9-6-22 Major Sexual Misconduct, 30 Days Close, Return to General on 10-6-22. After close time is served 30-day restriction on yard and gym, 10/6/22-11/5/22. May have 1 hour a week on side yard;

**Treatment Recommendation (if none, explain):**

Regular contact with treatment team

**Behavior Committee Decision:**

Decision deferred. Maintain on special management pending resolution of potential criminal charges.

**Black Box Recommendation:**

Not applicable to this incident

**Committee Member:**

| Print Name: | Signature: | Title: |
|---|---|---|
| S. Jumper | [signature] Ph.D. | Clinical Director |
| A. Hoyt | [signature] MS, LCPC | Team Leader |
| A. Cobb | [signature] | STA IV |

**Name:** McCray, Leonardo **Date of next review:** 1/24/2023 ☐ NA

cc: Master File, Primary Therapist, Team Leader, Program Director, Clinical Director, Associate Clinical Director, Security Director, Unit Director, Rehabilitation Director, Resident, AOD, Secure Management Logs, Writ Coordinator *REV. 10/12*



State of Illinois
Department of Human Services

**Behavior Committee Meeting Review**

**Name:** McCray, Leonardo **DHS#:** 916363 **Date of Review:** 1/19/2023

**Date Of Admission:** 7/24/15 **Resident Management Status:** Special Management/ General

**Primary Therapist:** Davis **Team:** Green

**Potential Rule Violation:** ☒ Fighting or Intimidation or Threats or Insolence or Violation of Rules

**Rule Violation:** ☒ Battery

**Date, Time and Location Of Incident:** On 1/8/23 at approximately 4:12 pm on Charlie.

**Description Of Behavior Or Other Relevant Circumstances Since Last Meeting:**

No knew incident reports since last review.

**Resident Addressed Behavior Committee:** ☐ Yes ☒ No **(If no, explain):** Click or tap here to enter text.

**Summary of Resident Comments:**

Resident declined to appear.

Leonardo Mccray
17019 County Farm RD
Rushville Il 62681

SPRINGFIELD IL 627
25 JAN 2023 PM 1 L

Legal Mail

FIRST-CLASS
US POSTAGE PITNEY BOWES
ZIP 62681
02 7H
0006083509
$ 000.84⁰
JAN 25 2023

Clerks office
151 U.S. Courthouse
600 E Monroe
Springfield Il 62701

62701316660