22,MERIT REVIEW HELD,PRISONER,PROSE,RUSHVILLE,SERVICE ORDERED

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Rock Island)
## CIVIL DOCKET FOR CASE #: 4:23-cv-04015-JES

McCray v. Smith
Assigned to: Judge James E. Shadid
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 01/27/2023
Jury Demand: Both
Nature of Suit: 560 Prisoner Petitions:
Civil Detainee: Conditions of Confinement
Jurisdiction: Federal Question

**Plaintiff**

**Leonardo McCray**       represented by **Leonardo McCray**
916363
RUSHVILLE
IL Department of Human Services
Sexually Violent Persons Treatment &
Detention Facility
17019 County Farm Road
Rushville, IL 62681
217-322-3204
PRO SE

V.

**Defendant**

**Cody WaterKotte**
*TERMINATED: 04/18/2023*

**Defendant**

**Shane Jumper**
*Clinical Director*
*TERMINATED: 04/18/2023*

**Defendant**

**Gerald Carreon**
*Therapist*
*TERMINATED: 04/18/2023*

**Defendant**

**Curtis Parson**
*STAIV*
*TERMINATED: 04/18/2023*

**Defendant**

**Andrea Cobb**
*STAIV*
*TERMINATED: 04/18/2023*

**Defendant**

**Angela Hoyt**
*Therapist*
*TERMINATED: 04/18/2023*

**Defendant**

**Karen Smith**                                represented by  **Huda Khan**
*STAIV*                                                        ILLINOIS ATTORNEY GENERAL
                                                               100 W. Randolph St.
                                                               Chicago, IL 60601
                                                               312-814-3846
                                                               Email: huda.khan@ilag.gov
                                                               *ATTORNEY TO BE NOTICED*

Email All Attorneys

Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 01/27/2023 | 1 | COMPLAINT against All Defendants, filed by Leonardo McCray.(ANW) (Entered: 01/30/2023) |
| 01/27/2023 | 3 | MOTION for Leave to Proceed in forma pauperis by Plaintiff Leonardo McCray. Responses due by 2/13/2023 (ANW) (Entered: 01/30/2023) |
| 01/27/2023 | 4 | MOTION to Request Counsel by Plaintiff Leonardo McCray. Responses due by 2/13/2023 (ANW) (Entered: 01/30/2023) |
| 01/30/2023 | 2 | NOTICE OF CASE OPENING. Please be advised that your case has been assigned to Judge James Shadid. Effective immediately, all documents should be mailed or scanned to the Peoria Division,100 NE Monroe Street, Peoria, IL 61602.Merit Review Deadline set for 2/21/2023. (Attachments: # 1 Notice Regarding Privacy Issues)(ANW) (Entered: 01/30/2023) |
| 01/31/2023 | 5 | TEXT ORDER Entered by Judge James E. Shadid on 1/31/23. Plaintiff has filed a Motion for Leave to Proceed in Forma Pauperis 3 that is insufficient as it is lacking information and is, therefore, denied. Plaintiff is directed to file a petition to proceed in forma pauperis setting forth his income, assets, and expenses on or before 2/13/2023. If Plaintiff fails to either pay the $402 filing fee or renew his IFP motion on or before 2/13/2023, his case will be dismissed. The Clerk is to provide Plaintiff with an IFP form to assist him.(ANW) (Entered: 01/31/2023) |
| 02/06/2023 | 6 | PETITION TO PROCEED IN FORMA PAUPERIS, filed by Leonardo McCray.(JS) (Entered: 02/06/2023) |
| 02/06/2023 | 7 | **+++ PRISONER TRUST FUND LEDGER by Leonardo McCray. (JS) (Entered: 02/06/2023)** |

| 02/06/2023 | 8 | MOTION to Remove Defendant From Civil Case by Plaintiff Leonardo McCray. Responses due by 2/21/2023 (JS) (Entered: 02/06/2023) |
|---|---|---|
| 02/14/2023 | 9 | MOTION To Correct Name by Plaintiff Leonardo McCray. Responses due by 2/28/2023 (AEM) (Entered: 02/14/2023) |
| 02/15/2023 | | STRICKEN PURSUANT TO TEXT ORDER ENTERED 2/15/2023--TEXT ORDER entered by Judge James E. Shadid on 2/15/23 granting 6 Petition to Proceed In Forma Pauperis. Plaintiff's trust fund ledgers indicate he has no funds to make an initial partial payment of the filing fee. Pursuant to 28 U.S.C. Section 1915(b) (4), the initial partial filing fee is waived. The agency having custody of Plaintiff is directed to make monthly payments of 20 percent of the preceding month's income credited to Plaintiff's account to the Clerk of Court. Income includes all deposits from any source. The agency having custody of the plaintiff shall forward these payments each time Plaintiff's account exceeds $10, until the filing fee of $350 is paid in full. The Clerk is directed to mail a copy of this order to Plaintiffs place of confinement, to the attention of the Trust Fund Office. (ANW) Modified on 2/15/2023 to strike (SAG). (Entered: 02/15/2023) |
| 02/15/2023 | | TEXT ORDER entered by Judge James E. Shadid on 2/15/2023. The previous Text Order entered 2/15/2023 is STRICKEN as it was entered erroneously.(SAG) (Entered: 02/15/2023) |
| 02/15/2023 | | TEXT ORDER: This Court has instituted a reduced payment procedure for indigent plaintiffs who are institutionalized but who are not prisoners as defined in 28 USC Section 1915(h). A reduced payment is assessed of 50% of such plaintiff's average monthly income for the six months preceding the filing of the complaint (not to exceed the $402 filing fee).Income includes all deposits from any source. The plaintiff Leonardo McCray is currently detained at Rushville Treatment and Detention Facility, and is thus subject to the reduced payment procedure. However, the plaintiff's ledgers for the past six months show an average monthly income of $1.00 or less. No reduced filing fee will be assessed. Entered by Judge James E. Shadid on 2/15/2023. (SAG) (Entered: 02/15/2023) |
| 02/15/2023 | | TEXT ORDER Entered by Judge James E. Shadid on 2/15/23. The pro se Plaintiff has recently filed a lawsuit pursuant to 42 U.S.C.§1983 against seven Defendants at Rushville Treatment and Detention Center. The Court has not yet reviewed the claims. Plaintiff has recently filed a motion to dismiss two Defendants 8 and a motion to change the name of a third Defendant 9 . To avoid confusion in the record, the motions are denied 8 , 9 . Plaintiff must instead file a motion for leave to file an amended complaint with his proposed amended complaint attached. The amended complaint must include all changes Plaintiff seeks. Plaintiff must file his motion within 14 days of this order.(ANW) (Entered: 02/15/2023) |
| 02/21/2023 | 10 | MOTION to Correct Defendants Name (filed in letter form) by Plaintiff Leonardo McCray. Responses due by 3/7/2023 (JS) (Entered: 02/21/2023) |
| 02/22/2023 | | TEXT ORDER entered by Judge James E. Shadid on 2/22/2023. Plaintiff has once again filed a motion to correct the name of a Defendant 10 . This time it appears the error is due to confusion over Plaintiff's handwriting. Plaintiff says the Defendant is not named Uotte. Instead, his name is Cody WaterKotte. The motion is granted, and the clerk is to note the change in the docket 10 . However, Plaintiff is again reminded if he asks to make any additional changes, he must instead file a proposed amended complaint with all corrections and claims to avoid confusion in the record. See |

| | | February 15, 2023, Text Order. (SAG) (Entered: 02/22/2023) |
|---|---|---|
| 03/29/2023 | 11 | CASE MANAGMENT ORDER Entered by Judge James E. Shadid on 3/29/23. IT IS THEREFORE ORDERED: 1) Plaintiff's complaint is dismissed for failure to state a constitutional violation. See 28 U.S.C. § 1915(d)(2). 2) If Plaintiff believes he can articulate a constitutional violation, he may file an amended complaint on or before April 20, 2023. The pleading must be titled "Amended Complaint" and must include all claims and Defendants without reference to the initial complaint. Failure to file an amended complaint on or before the deadline will result in the dismissal of this case.3) Plaintiff's motion for appointment of counsel is denied with leave to renew after Plaintiff clarifies his claims 4 . Plaintiff is reminded he must demonstrate he has made a reasonable attempt to obtain counsel or been effectively precluded from doing so. See Pruitt v. Mote, 503 F.3d 647, 654 (7th Cir. 2007). 4) The Clerk of the Court is directed to reset the internal merit review deadline within 21 days of this order. See Full Written Order. (ANW) (Entered: 03/29/2023) |
| 04/05/2023 | 12 | MOTION for Leave to File Amended Complaint by Plaintiff Leonardo McCray. Responses due by 4/19/2023 (JS) (Entered: 04/05/2023) |
| 04/05/2023 | 13 | MOTION for Appointment of Counsel by Plaintiff Leonardo McCray. Responses due by 4/19/2023 (JS) (Entered: 04/05/2023) |
| 04/18/2023 | 14 | CASE MANAGEMENT ORDER entered by Judge James E. Shadid on 4/18/2023. IT IS FURTHER ORDERED THAT THE CLERK IS DIRECTED TO: 1) Grant Plaintiff's motion for leave to file an amended complaint pursuant to Federal Rule of Civil Procedure 15, 12 ; 2) Grant Plaintiff's motion for leave to proceed in forma pauperis, 6 ; 3) Deny Plaintiff's motion for appointment of counsel with leave to renew, 13 ; 4) Dismiss all Defendants Except STA Karen Smith for failure to state a claim upon which relief can be granted pursuant to by 28 U.S.C. §1915A; 5) Attempt service on Defendant Smith pursuant to the standard procedures; 6) Set an internal court deadline 60 days from the entry of this order for the court to check on the status of service and enter scheduling deadlines; and 7) Enter the Court's standard qualified protective order pursuant to the Health Insurance Portability and Accountability Act. SEE FULL WRITTEN ORDER.(SAG) (Entered: 04/18/2023) |
| 04/18/2023 | 15 | AMENDED COMPLAINT against Karen Smith, filed by Leonardo McCray.(SAG) (Entered: 04/18/2023) |
| 04/18/2023 | 16 | HIPAA QUALIFIED PROTECTIVE ORDER entered by Judge James E. Shadid on 4/18/2023. (SAG) (Entered: 04/18/2023) |
| 04/18/2023 | 17 | REQUEST FOR WAIVER OF SERVICE and Notice of Lawsuit sent to Karen Smith on 4/18/2023. (SAG) (Entered: 04/18/2023) |
| 04/24/2023 | 18 | WAIVER OF SERVICE Returned Executed by Leonardo McCray. Karen Smith waiver sent on 4/18/2023, answer due 6/20/2023. (SAG) (Entered: 04/24/2023) |
| 06/14/2023 | 19 | NOTICE of Appearance of Attorney by Huda Khan on behalf of Karen Smith (Khan, Huda) (Entered: 06/14/2023) |
| 06/20/2023 | 20 | *DEFENDANT'S* ANSWER to 15 Amended Complaint *with Jury Demand and Affirmative Defenses* by Karen Smith.(Khan, Huda) (Entered: 06/20/2023) |